Frances L. Hufsey Osborn, Plaintiff-Appellant, v. Weldon H. Hufsey, Defendant-Appellee.

Gen. No. 63-O-22.

Fourth District.

November 21, 1963.

Wiseman, Hallett & Mosele, of Alton, for appellant; Edward D. Groshong, of East Alton, for appellee. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full.